The STATE of Oklahoma ex rel. DE-
PARTMENT OF TRANSPORTA-
TION, Petitioner,

v.

Tom Z. WRIGHT et al., Respondents.

The STATE of Oklahoma ex rel. DE-
PARTMENT OF TRANSPORTA-
TION, Petitioner,

v.

Ray Dean LINDER, District Judge In
and For Woodward County, State
of Oklahoma, Respondent.

Nos. 78963, 78964, 78969 and 78963.

Supreme Court of Oklahoma.

May 5, 1992.

Rehearing Denied Oct. 1, 1992.

---

ORDER

Original jurisdiction is assumed. Cause No. 78,969 is consolidated under the surviving number Cause No. 78,963 (consolidated with No. 78,964). Writ of mandamus issue, requiring respondent, Ray Dean Linder, Judge of the District Court of Woodward County, or any other assigned judge to proceed with a jury trial in Cause No. C–90–57 and Cause No. C–90–58 on the docket of Woodward County. The demand for jury trial filed by State of Oklahoma ex rel.

Department of Transportation was in writing and complies with 69 O.S.1991 § 1203. The trial court was without power to entertain, act upon, or render a default judgment or summary judgment. Condemnation proceedings are special proceedings. Only the trial and the judgment resulting therefrom is to be conducted in the same manner as civil actions in the district court. 69 O.S.1991 § 1203(e)(1). Summary judgment is not available. The condemnation actions must proceed to trial by a jury.

HODGES, V.C.J., LAVENDER, SIMMS and ALMA WILSON, JJ., and LUMPKIN, S.J., concur.

OPALA, C.J., and HARGRAVE, KAUGER and SUMMERS, JJ., dissent.

OPALA, Chief Justice, with whom HARGRAVE, KAUGER and SUMMERS, Justices, join, dissenting.

I would deny the application to assume original jurisdiction and relegate petitioner to its appellate remedy.

GARY L. LUMPKIN, S.J., sitting by designation to fill the vacancy created by the retirement of DOOLIN, J., effective May 1, 1992.